UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
          Plaintiffs

vs.

DIAMOND TECHNOLOGIES ASSOCIATES, INC.,
          Defendant

and

SOVEREIGN BANK,
          Trustee

C.A. No. 05-11633 GAO

**NOTICE OF DISMISSAL**

Now come the Plaintiffs, Russell F. Sheehan, as he is Administrator, et al, pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that the Plaintiffs' claim against Defendant

Diamond Technologies Associates, Inc. is dismissed.

                Respectfully submitted,

                RUSSELL F. SHEEHAN, as he is
                ADMINISTRATOR, ELECTRICAL
                WORKERS' HEALTH AND WELFARE
                FUND, LOCAL 103, I.B.E.W., et al,

                By their attorneys,

                /s/ Anne R. Sills
                Anne R. Sills, Esquire
                BBO #546576
                Segal, Roitman & Coleman
                11 Beacon Street
                Suite #500
                Boston, MA  02108
                (617) 742-0208
                asills@segalroitman.com

Dated:  February 15, 2006

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing Notice of Dismissal has been served by first class mail upon defendant Diamond Technologies Associates, Inc. at 388 Eastern Avenue, Malden, MA 02148 this 15th day of February, 2006.

                /s/ Anne R. Sills
                Anne R. Sills, Esquire

ARS/ars&ts
3013 03-171/notice-dismissal.doc